JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT LEE JONES,<br>Plaintiff,<br>v.<br>D. PATTON, ETC., ET AL.,<br>Defendant. | No. ED CV 25-2912-RGK(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 30, 2026

Gary Klausner

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE